UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE ROBINSON

All American ATM Corp.
Plaintiff

-v-

Financial Equipment &
Defendant  Data Corp.

Case No. _____

**'07 CIV 11204**

Rule 7.1 Statement

FILED
S.D. OF N.Y. W.P.
07 DEC 13 A 9:17
U.S. DISTRICT COURT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

All American ATM Corp _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not Applicable

Date: 12/12/2007

Signature of Attorney

Attorney Bar Code: TF-0584

Form Rule7_1.pdf  SDNY Web 10/2007